UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BILAL KHAN,                          :
     Petitioner                 :
                                :
     v.                         :   CASE NO. 1:14-CV-2203
                                :
JEH JOHNSON, *et al.*,                :
     Respondents                :

*O R D E R*

AND NOW, this 2nd day of February, 2018, in light of the fact that there has

been no docket activity in this case since November of 2014, it is ORDERED that

Petitioner shall file a status report regarding the above-captioned case on or before

**February 16, 2018**.  Failure to properly respond to this order shall result in a dismissal of

this action for failure to prosecute.

                /s/ William W. Caldwell
                William W. Caldwell
                United States District Judge