# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BILAL KHAN,

       Petitioner,

v.

JEH JOHNSON, et al.,

       Respondents.

:
:
:
:
:
:
:
:
:

1:14-CV-2203
(JUDGE MARIANI)

**FILED**
**SCRANTON**

FEB 2 1 2018

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 21st DAY OF FEBRUARY, 2018**, Petitioner having failed to respond to the Court's Order directing him to file a status report on or before February 16, 2018 (Doc. 3), and there having been no other docket activity in this action since November, 2014, **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **DISMISSED** for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge